# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146289(87)

RAMA MADUGULA,
      Plaintiff/Counter-Defendant-
      Appellee,

v

BENJAMIN A. TAUB,
      Defendant/Counter-Plaintiff-
      Appellant,

and

DATASPACE, INC., and ANDREW
FLOWER,
      Defendants.
_____/

SC: 146289
COA: 298425
Washtenaw CC: 08-000537-CK

On order of the Chief Justice, the motion of amicus curiae Business Law Section of the State Bar of Michigan to extend the time for filing its amicus curiae brief is GRANTED. The amicus brief will be accepted for filing if filed on or before December 3, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk